## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROBERT FLECK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-3028 |
| | ) | |
| THE CITY OF SPRINGFIELD, | ) | |
| ILLINOIS, a municipal corporation, | ) | |
| JOHN HARRIS, and DAN HUGHES, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

After a jury award for claims arising under 42 U.S.C. § 1983, Plaintiff Robert Fleck moved for $52,330.00 in attorney's fees and $680.31 in costs pursuant to 42 U.S.C. § 1988.  Fleck asserts that his request for attorney's fees is reasonable and appropriate.  Defense counsel does not object to Fleck's request for fees and costs.  See d/e 67.

ERGO, the Court awards Plaintiff Robert Fleck attorneys' fees in the sum of $52,330.00 and costs in the sum of $680.31.  Defendants must pay Plaintiff these sums.

IT IS SO ORDERED.

ENTERED:  June 1, 2006

FOR THE COURT BY:          s/ Richard Mills
                           United States District Judge